# UNITED STATES BANKRUPTCY COURT

# FOR THE

# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

In the Matter of:

KHALED F ELSENOUSI

        Debtor

Chapter 13

Case No. 12-12659-BFK

## TRUSTEE'S LIMITED OBJECTION TO SECOND APPLICATION FOR SUPPLEMENTAL COMPENSATION

Thomas P. Gorman, Chapter 13 Trustee, files this limited Objection to the Second Application for Approval and Payment of Supplemental Compensation. Trustee does not have any opposition to the fees incurred prior to March 19, 2014, but suggests to the Court that several of the time entries thereafter might be inappropriate.

Under the March 19, 2014 time entry, $117.00 is charged for preparing an opposition to a Motion to Dismiss, but a review of the ECF docket shows that no Motion to Dismiss was pending at that time (Trustee had previously withdrawn his Motion to Dismiss on February 14, 2014; ECF No. 67).

Furthermore, Trustee does not believe the fees sought for work done *after* entry of this Court's Order granting counsel to withdraw on April 2, 2014 is appropriate. Any further time spent after counsel was allowed to withdraw should not be billed to the Debtor given that counsel was no longer representing the Debtor in any matters in this case.

Date: ___May 2, 2014_____         _/s/ Thomas P. Gorman_____
                                                                     Thomas P. Gorman
                                                                     Chapter 13 Trustee
                                                                     300 North Washington St., #400
                                                                     Alexandria, VA 22314
                                                                     (703) 836-2226
                                                                     VSB 26421

**Notice and Motion To Modify Chapter 13 Plan**
Khaled F Elsenousi, Case # 12-12659-BFK

## CERTIFICATE OF SERVICE

I hereby certify that I have this 2th day of May, 2014, served via ECF to authorized users or mailed a true copy of the foregoing Limited Objection to the following parties.

| | |
|---|---|
| Khaled F Elsenousi | Scott Alan Weible, Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| P.O. Box 133 | The Haymarket Professional Bldg. |
| Catharpin, VA 20143 | 14540 John Marshall Highway |
| | Gainesville, VA 20155-1693 |

                                             __/s/ Thomas P. Gorman_____
                                             Thomas P. Gorman